**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 05-2281**

—————————

RONNIE BAZILE, a/k/a Ronnie Aaron,

Plaintiff - Appellant,

versus

NFL - BALTIMORE RAVENS, PROPERTIES, INCORPORATED; ART MODELL, Former Owner; STEVE BISCIOTTI, Owner; DAVID MODELL, Former Owner,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-05-2526-1)

—————————

Submitted: May 16, 2006                    Decided: May 18, 2006

—————————

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Ronnie Bazile, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronnie Bazile appeals the district court's order dismissing his copyright infringement action as frivolous under 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bazile v. NFL, No. CA-05-2526-1 (D. Md. filed Oct. 21, 2005; entered Oct. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED